**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Harding Bell International, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 59-3672993 |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 113 Pontotoc Plaza | |
| Auburndale, FL 33823 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Polk | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | https://hbitax.com/ |

**6.**  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Harding Bell International, Inc.                    Case number (*if known*) _____
　　　　　Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　5412

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  Harding Bell International, Inc.                                    Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Harding Bell International, Inc.                                    Case number (*if known*) _____
                Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 17, 2025___
                MM / DD / YYYY

**X** /s/ Matthew L Bell _____          Matthew L Bell _____
Signature of authorized representative of debtor        Printed name

Title    President _____

**18. Signature of attorney**

**X** /s/ Aaron Wernick _____          Date ___July 17, 2025___
Signature of attorney for debtor                              MM / DD / YYYY

Aaron Wernick _____
Printed name

Wernick Law PLLC _____
Firm name

2255 Glades Rd.
Ste 324A
Boca Raton, FL 33431 _____
Number, Street, City, State & ZIP Code

Contact phone   (561) 961-0922 _____     Email address   awernick@wernicklaw.com _____

14059 FL _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Harding Bell International, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*........................................................................    $ _____ 0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................    $ _____ 3,826,150.87

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*......................................................................    $ _____ 3,826,150.87

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 2,396,527.73

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 3,824,858.96

4. **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b      $ _____ 6,221,386.69

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Harding Bell International, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SouthState Bank | Business Checking | 5855 | $611,266.08 |
| 3.2. | SouthState Bank | Business Checking | 5863 | $200,000.00 |
| 3.3. | SouthState Bank | Business Savings | 8533 | $430,580.00 |
| 3.4. | SouthState Bank | Business Savings | 8624 | $899,985.00 |
| 3.5. | StoneCastle | Business Savings | 1607 | $120,374.85 |
| 3.6. | TD Bank, N.A. | Business Checking | 0016 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor  Harding Bell International, Inc.     Case number *(If known)* _____
    Name

5. **Total of Part 1.**                   $2,262,205.93

  Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
  Description, including name of holder of deposit

   Prepaid Health Insurance
  7.1. United Healthcare            $24,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
  Description, including name of holder of prepayment

9. **Total of Part 2.**                   $24,000.00

  Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

  11a. 90 days old or less:  213,227.61 -    0.00 = ....  $213,227.61
            face amount    doubtful or uncollectible accounts

  11b. Over 90 days old:   306,717.33 -    0.00 = ....  $306,717.33
            face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**                  $519,944.94

  Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Harding Bell International, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures** <br> Office furniture and supplies, including desks, chairs, couches, conference tables, file cabinets, and general office items. | Unknown | Liquidation | $10,000.00 |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software** <br> Various computers, copiers, phone systems, etc at all locations (some of which is leased) | Unknown | Liquidation | $10,000.00 |
| **42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**    **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | $20,000.00 |
|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|     47.1.   Leased 2022 Mercedes-Benz E350W | $0.00 | | $0.00 |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Harding Bell International, Inc.                        Case number *(If known)* _____
          Name

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Office Building 113 Pontotoc Plaza Auburndale, FL 33823 | Leasehold Interest | $0.00 | N/A | $0.00 |
| 55.2. Office Building 29 State Road 60 West Lake Wales, FL 33853 | Leasehold Interest | $0.00 | N/A | $0.00 |
| 55.3. Office Building 114 Paloma Street Lakeland, FL 34747 | Leasehold Interest | $0.00 | N/A | $0.00 |
| 55.4. Office Building 710 Miami Springs Dr. Ste 100 Longwood, FL 32779 | Leasehold Interest | $0.00 | N/A | $0.00 |
| 55.5. Office Building 1800 2nd Street Ste 797 Sarasota, FL 34236 | Leasehold Interest | $0.00 | N/A | $0.00 |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Harding Bell International, Inc.                                    Case number *(If known)*  _____
              Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** Non-registered FIRPTA Procedures | Unknown | N/A | Unknown |
| 61.    **Internet domain names and websites** https://hbitax.com/ | Unknown | N/A | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** Customer list purchased from James Wade | Unknown | N/A | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                                    | _____ $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.   Go to Part 12.
       ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   Harding Bell International, Inc.                                     Case number *(If known)* _____
         Name

| | |
|---|---|
| **73.** | **Interests in insurance policies or annuities** |
| | Workers Compensation and Employers Liability Insurance Policy |
| | Bridgefield Casualty Insurance Company |
| | Policy Number: 196-57191 |

$0.00

Professional Liability Insurance
The Hanover Insurance Group
Policy Number: LHN A782894 09

$1,000,000.00

New York State Mandated Disability Benefit and Paid Family Leave Policy
Guardian
Policy Number: 00897438-0000

$0.00

Business Interruption Insurance
State Farm
Policy Number: 98-EB-V342-8

Unknown

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nena Mills                                                                            Unknown

| | |
|---|---|
| **Nature of claim** | Breach of non-compete agreement |
| **Amount requested** | Unknown |

James H Wade Jr and/or J H Wade & Co PLLC                                             Unknown

| | |
|---|---|
| **Nature of claim** | False claims made when selling business assets |
| **Amount requested** | Unknown |

Potential claim against Alan Harding and Susan Harding related to purchase of business/interest                  Unknown

| | |
|---|---|
| **Nature of claim** | Business dispute |
| **Amount requested** | Unknown |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**                                                                    $1,000,000.00

Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Harding Bell International, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,262,205.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $519,944.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,826,150.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,826,150.87 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Harding Bell International, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Cogent Bank<br>Creditor's Name<br><br><br>300 International Parkway<br>Ste. 330<br>Lake Mary, FL 32746-5035<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>December 2020<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>PER UCC-1: ALL EQUIPMENT, FIXTURES, INVENTORY, ACCOUNTS, INSTRUMENTS, CHATTEL PAPER, GENERAL INTANGIBLES, INCLUDING ALL PROCEEDS AND PRODUCTS OF THE FOREGOING, WHETHER NOW OWNED OR LATER ACQUIRED, WHEREVER LOCATED.<br><br>**Describe the lien**<br>Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,470,005.96 | $0.00 |
| **2.2** Florida Department of Revenue<br>Creditor's Name<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br><br><br>**Describe the lien**<br>Judgment Lien<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $0.00 |

Debtor  Harding Bell International, Inc.  Case number (if known) _____
     Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.3 | SouthState Bank, N.A. | **Describe debtor's property that is subject to a lien** | $926,521.77 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | PER UCC-1: PROPERTY PURCHASED WITH LOAN PROCEEDS AND SPECIFICALLY LOCATED AT 710 MIAMI SPRINGS DRIVE, SUITE 100, LONGWOOD, FL 32779 | | |

P.O. Box 118068
Charleston, SC 29423-8068
Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
March 2023
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,396,527.73 |
|---|---|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, DC 20530 | Line 2.1 | |
| Florida Department of Revenue<br>Lakeland Service Center<br>115 S Missouri Ave Ste 202<br>Lakeland, FL 33815 | Line 2.2 | |
| SBA Office of General Counsel<br>409 3rd St. SW<br><br>Washington, DC 20416-0005 | Line 2.1 | |
| SBA Office of Inspector General<br>409 3rd Street SW Ste 7150<br><br>Washington, DC 20416-0005 | Line 2.1 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Harding Bell International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Small Business Administration<br>233 Peachtree Street NE Suite 1800<br><br>Atlanta, GA 30303-1508 | Line _2.1_ |
| Small Business Administration<br>Little Rock Commercial Loan Servicing<br>Center 2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202 | Line _2.1_ |
| Small Business Administration<br>North Florida District<br>7825 Baymeadows Way<br>Ste. 100-B<br>Jacksonville, FL 32256-7549 | Line _2.1_ |
| Small Business Administration<br>U.S. Department of Treasury Bureau of the Fiscal Service<br>P.O. Box 830794<br>Birmingham, AL 35283-0794 | Line _2.1_ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Harding Bell International, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br><br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice Only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>Joe G. Tedder, CFC<br>Tax Collector for Polk County<br>PO BOX 1779<br>Bartow, FL 33831 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>3433 Soho St, LLC<br>115 Avalon Gardens Drive<br>Nanuet, NY 10954-7415 | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|  | **Date(s) debt was incurred** _ | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |  |
|  | **Last 4 digits of account number** _ | **Basis for the claim:** _ |  |
|  |  | Is the claim subject to offset? ☒ No  ☐ Yes |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor  Harding Bell International, Inc.                                        Case number (if known)
          _____
          Name

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.00 |

A1 Shredding and Recycling Inc.
1775 W Oak Parkway
Ste. 500
Marietta, GA 30062-2267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional services

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Al Hamd Brothers Inc
2022 N Main Street
Kissimmee, FL 34744-3311

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Alpha Reliable Title, Inc.
5401 S Kirkman
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Andrew Wade and Debra Wade
266 Doctor Miller Road
North East, MD 21901-1614

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Anthony Aichele and Wenjing Gao
14217 Sunridge Blvd
Winter Garden, FL 34787-0031

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |

ArchiTechs for the Web, Inc.
11 Foxhunter Flat
Ormond Beach, FL 32174-2435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/01/2025

**Basis for the claim:** Professional services

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

ASG Title
3182 West Linebaugh Avenue
Tampa, FL 33618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63,000.00 |

Ashrakat LLC
10th of Ramadan City
Eastern Province, Egypt

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Harding Bell International, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ashu Arora and Anushree Sharma | | |
| | 3149 Larry Cres | ☒ Contingent | |
| | Oakville, Ontario, L6M 0T1, Canada | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Axel Alberto Santiago Torres | | |
| | 129 Magnolia Lane | ☒ Contingent | |
| | Hickory Creek , TX 75065-7674 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ayileen Yanira Rosario Diaz | | |
| | 129 Magnolia Lane | ☒ Contingent | |
| | Hickory Creek, TX 75065-7674 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|
| | Bee Bryan | | |
| | P.O. Box 168 | ☐ Contingent | |
| | Babson Park, FL 33827-0168 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  05/11/2025 | Basis for the claim:  Professional services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Belt-Dazzell Inc | | |
| | 775 E 650 South | ☒ Contingent | |
| | Santaquin, UT 84655-5570 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Bessie Vassiliki Arsenis | | |
| | 15-31 159st | ☒ Contingent | |
| | Whitestone, NY 11357-3238 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Beti M Martorano | | |
| | 250 Columbus Drive | ☒ Contingent | |
| | Mantua, NJ 08051-1206 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Brett Fortier and Christina Fortier | | |
| | 1403 Summit Oaks Drive | ☒ Contingent | |
| | Burnsville, MN 55337-9929 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Harding Bell International, Inc.                                     Case number (if known) _____
          Name

| 3.18 | **Nonpriority creditor's name and mailing address**<br>Brian McDonald and Angela McDonald<br>6 Marchfield Park Lane<br>Edinburgh EH4 5BF, United Kingdom | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $150,000.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>Bridgefield Casualty Insurance Co.<br>P.O. Box 988<br>Lakeland, FL 33802-0988 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $390.58 |

**Date(s) debt was incurred** _05/27/2025_

**Last 4 digits of account number** _

**Basis for the claim:** _Insurance Premium_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>Christopher Watson<br>9 Gunport Blvd, Blk 2<br>Fortune Cay<br>Grand Bahama, Bahamas | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $123,750.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>City Homes LLC<br>7835 Osceola Polk Line Road<br>Davenport, FL 33896-9100 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Concierge Title<br>1201 West Highway 50<br>Ste. B<br>Clermont, FL 34711 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Core Title<br>4031 State Road 46<br>Sanford, FL 32771 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Courtland Fisher<br>9949 Great Skua Way<br>Elk Grove, CA 95757-6377 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address**<br>David Smith and Luella E Smith<br>358 Lancaster Drive<br>Davenport, FL 33897-7727 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | Unknown |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor  Harding Bell International, Inc.                                   Case number (if known) _____
        _____
        Name

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

DD Real Estate LLC
1614 E Circle Mountain Road
New River, AZ 85087-9700

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Diem My Nguyen
6412 W Paris Street
Tampa, FL 33634-5009

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,752,000.00 |
|---|---|---|---|

Digcomm Holdings Trust
11520 100th Ave NE
Ste. 213

Edmonton, ABT5K 0J7,Canada

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Ecaterina Tofan and Lurii Tofan
59 Herbert Street
Framingham, MA 01702-1922

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,250.00 |
|---|---|---|---|

Edgar Kadima and Ilse Kadima
Aruma 60
Santa Cruz de la Sierra, Bolivia

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66,750.00 |
|---|---|---|---|

Edward Mayne and Charmaine Mayne
18A Esplanade
Lowestoft, NR33 0QG, United Kingdom

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

EGR Management LLC
200 Countyline Ct, Ste. 2

Winter Garden, FL 34787-9121

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222,750.00 |
|---|---|---|---|

Emco Trust
942 Douglas Street
Brandon, MB R7A 7B2, Canada

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | Harding Bell International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address**
Equitable Title Dr. Phillips
6900 Turkey Lake Road
Ste. 1-10
Orlando, FL 32819

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
Equitable Title of Celebration
610 Sycamore Street
Ste. 190
Kissimmee, FL 34747

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**
Eugene Murphy and Noel Nolan
200 Brookdale Ave
Hilltown, Swords,
Co. Dublin, K67 D6P8, Ireland

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $63,300.00

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**
Farbman Group
31700 Middlebelt Road
Ste. 225
Farmington, MI 48334-2383

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $69.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional services

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**
Fedex Corporation
Attn: Legal Department-Compliance
1000 Ridgeway Loop Road
Ste. 500
Memphis, TN 38120-4081

**Date(s) debt was incurred** 05/31/2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $2.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional services

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
Felicia Johnson
843 Marquis Court
Kissimmee, FL 34759-3827

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  Unknown

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
First American Title
2201 SE 30th Avenue
Ste. 402
Ocala, FL 34471

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Harding Bell International, Inc.                                      Case number (if known) _____
              Name

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

First American Title Company
12301 Lake Underhill Road
Ste. 221
Orlando, FL 32828

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Notice Only 

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

First American Title- Kissimmee
150 West Oak Street
Kissimmee, FL 34741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Notice Only 

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

First American Title- Lake Mary
1540 International Parkway
Ste. 1020
Lake Mary, FL 32746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Notice Only 

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,600.44 |
|---|---|---|---|

First Choice Technology, Inc.
1064 Taramundi Drive
Oviedo, FL 32765-7209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/30/2025 

**Basis for the claim:**  Professional services 

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

First International Title
631 South Orlando Avenue
Ste. 200
Winter Park, FL 32789

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Notice Only 

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gator Couple LLC and Sayan Banerjee
65 Knob Hill Road
Morganville, NJ 07751-9512

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $237,002.64 |
|---|---|---|---|

Geraldine Asher Estate
Torc Hillcrest Road
Sandford, Dublin 18, Ireland

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

German Edison Troya Cardenas
3 Kivy Street
Huntington Station, NY 11746-2042

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Harding Bell International, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71,250.00 |
|---|---|---|---|
| | Graeme Ian Hannah<br>B1-78 Meydan South Villas<br>Nad Al Sheba,<br>Dubai, United Arab Emirate | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Gurvinder S Dhillon<br>1385 Seasons Blvd<br>Kissimmee, FL 34746-6104 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Gustavo Gerardo Valerin Ramirez<br>27628 221st Avenue SE<br>Maple Valley, WA 98038-3208 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82,500.00 |
|---|---|---|---|
| | Haoloan Deng<br>Rm 2101 Binhe Xili,<br>Community 35 Daxing District,<br>Beijing, China | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Harry Kipnes<br>c/o Chad P. Miesen, Esq.<br>1400 East Southern Avenue, Suite 400<br>Tempe, AZ 85282 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78,000.00 |
|---|---|---|---|
| | Helge Jakobsen and Anne Jakobsen<br>Sandesletta 25B<br>4050 Sola, Norway | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Hemangini Pruthvish Yajnik<br>2206 Treetop Lane<br>Hebron, KY 41048-9400 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Harding Bell International, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Hennen Law
425 W Colonial Drive
Ste. 204
Orlando, FL 32804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Henrique Farias Cesca
Av. Atlantica, 450-202- Centro
Balneario Camboriu-SC, 88330-003, Brazil

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Holland W Ricker II
37 Idlewell Street
Weymouth, MA 02188-3713

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $258.00

InCorp Services, Inc.
9107 W Russell Road
Ste. 100
Las Vegas, NV 89148-1233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _03/20/2025_

**Basis for the claim:** _Professional services_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Insta Close Title
5735 Lake Mabel Loop Road
Lake Wales, FL 33898

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Israel Rodriguez Rivera
3180 Retreat Drive
Kissimmee, FL 34741-7891

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

J H Wade & Co. PLLC,
710 Miami Springs Dr.
Ste. 100
Longwood, FL 32779

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Promissory Note_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☒ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jacqueline Vargas Chaves
27628 221st Avenue SE
Maple Valley, WA 98038-3208

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Harding Bell International, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64,500.00 |
|------|---|---|---|
| | James Bennett and Christine Bennett<br>13 Grasmere Dr<br>Ashton-in-Makerfield,<br>Wigan WN4 8BP, United Kingdom | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | James K Weeks and Annmarie Weeks<br>28 Jersey Avenue<br>Braintree, MA 02184-4828 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $642.00 |
|------|---|---|---|
| | Jani-King of Orlando<br>1801 Sandy Creek Lane<br>Ste. 200<br>Orlando, FL 32826-5540 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _07/01/2025_ | **Basis for the claim:** _Professional services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105,000.00 |
|------|---|---|---|
| | Jason Lockwood<br>48 Denham Lodge, Oxford Road,<br>Uxbridge, Buckinghamshire,<br>England, UB9 4AB | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Jignesh Sureshbhai Sonchhatra<br>41 Lexington Dr<br>East Walpole, MA 02032-1051 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John Hanna<br>252 Wellman Ave<br>North Chelmsford, MA 01863-1362 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | John Nguyen and Thuha Thy Duong<br>641 Dale Street North<br>Saint Paul, MN 55103-1642 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|
| | Jonathan Pratt and Elizabeth Pratt<br>334 Chadwick Drive<br>Davenport, FL 33837-4525 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor   Harding Bell International, Inc.                                    Case number (if known) _____
               Name

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Juan Rodriguez Zayas | ☒ Contingent | |
| | 106 Nazha Drive | ☒ Unliquidated | |
| | Davenport, FL 33897-7445 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Karen Hughes | ☒ Contingent | |
| | 833 Assembly Court | ☒ Unliquidated | |
| | Reunion , FL 34747-6760 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94,500.00 |
|---|---|---|---|
| | Kari Enger and Marthine Schroeder-Enger | ☐ Contingent | |
| | Manesjen 7 | ☒ Unliquidated | |
| | 2050 Jessheim, Norway | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Karina Fontana | ☒ Contingent | |
| | 8710 Saratoga Inlet Drive | ☒ Unliquidated | |
| | Orlando, FL 32829-8010 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | KDM Paradise Holdings, LLC | ☒ Contingent | |
| | 2 Coventry Circle | ☒ Unliquidated | |
| | Princeton, NJ 08540-6412 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Keri Mandell | ☒ Contingent | |
| | 2 Coventry Circle | ☒ Unliquidated | |
| | Princeton, NJ 08540-6412 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Ketal Sureshbhai Sonchhatra | ☒ Contingent | |
| | 41 Lexington Drive | ☒ Unliquidated | |
| | East Walpole, MA 02032-1051 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Kevin Fitzgerald | ☒ Contingent | |
| | 15-31 159th St | ☒ Unliquidated | |
| | Whitestone, NY 11357-3238 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

Debtor  Harding Bell International, Inc.                                 Case number (if known) _____
         Name

| | |
|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** <br> Kirk Justin Perez <br> 6412 W Paris Street <br> Tampa, FL 33634-5009 | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown** <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.81**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

Leonardo Farias Cesca
Av. Atlantica, 450-202- Centro
Balneario Camboriu, 88330-003, Brazil

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.82**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

Loudouise Petit Frere
6719 Lorain Street
Orlando, FL 32810-6511

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.83**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

Madelin Zaldavir and Orlando Infante
10213 Vista Cove Lane
Orlando, FL 32825-5540

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.84**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

Magnolia Closing
9161 Narcoossee Road
Ste. 206
Orlando, FL 32827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.85**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

Magnolia Title
603 South Main Street
Ste. 110
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Notice Only

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.86**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

Mamibe LTD
R. do Parque, 174 - Parque Nova Campinas,

Campinas-SP, 13100-057, Brazil

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.87**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

Mark Avard and Maria Avard
28722 58th Avenue
Paw Paw, MI 49079-8644

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Harding Bell International, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,850.00 |
|---|---|---|---|

Martin White and Rhona McNab
40 Sherborne Ave
Luton LU2 7BD, England

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Arthur Edward James
38 Dryden Crescent
Stafford ST 17 9YH, United Kingdom

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael Gelinas and Susan Gelinas
66 Cambridge Road
Bedford, NH 03110-4308

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

Michael Kirsh
2915 Heritage Peaks Trl
Whistler, British Columbia V0N 1B2, Canada

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michelson Exant
6719 Lorain Street
Orlando, FL 32801-6511

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mirzokhid Mirshadiev
246 Bay Ridge Parkway
Apt. 3D
Brooklyn, NY 11209-2418

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Nathan Garcovil
806 Dengar Avenue
Haines City, FL 33844-6390

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Near North Title Group
500 S Florida Avenue
Ste. 540
Lakeland, FL 33801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __Harding Bell International, Inc._____     Case number (if known) _____
         Name

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,950.00 |

Nicholas Pope and Caroline Pope
61 W Chiltern
Woodcote,
Reading RG 8 0SG, England

**Date(s) debt was incurred** _

☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Oliver Title Law
10967 Lake Underhill Road
Ste. 108
Orlando, FL 32825-4434

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $454.00 |

Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324-4135

**Date(s) debt was incurred** _05/20/2025_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _Professional services_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $435.00 |

Paradise Lawn Care
P.O. Box 692
Everglades City, FL 34139-0692

**Date(s) debt was incurred** _05/01/2025_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _Professional services_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,166.36 |

Pitney Bowes- Purchase Power
3001 Summer Street
Windsor, CT 06095-4317

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _Business credit card_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Pruthvish Kantilal Yajnik
2206 Treetop Lane
Hebron, KY 41048-9400

**Date(s) debt was incurred** _

☒ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Red Door Title
650 N Alafaya Trail
Ste. 111
Orlando, FL 32828

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Richard Scott and Joanna Crowley
7904 Draw Street
Reunion , FL 34747-6480

**Date(s) debt was incurred** _

☒ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Harding Bell International, Inc. | | Case number (if known) | |
|--------|----------------------------------|--|------------------------|--|
| | Name | | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$802.00**

Ridge Energy Savers, Inc.
135 S Acuff Road
Lake Wales, FL 33859-8412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/20/2025

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Rosedew LLC
7862 W Irlo Bronson Memorial Hwy Ste. 1246
Kissimmee, FL 34747-1738

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Sarah T Johnson
13802 Chestnut Oak Lane
Brandywine, MD 20613-6015

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Sarah T Johnson and Morland Marulanda
16810 SW 292nd Terrace
Homestead, FL 33030-2571

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Saunders & Ankner, Attorneys at Law
7232 W Sand Lake Road
Ste. 202
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,616.00**

SouthState Bank, N.A.
P.O. Box 790408
Saint Louis, MO 63179-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2025

**Basis for the claim:**  Credit Card

Last 4 digits of account number  1480

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.23**

State Fire Extinguisher Service, Inc.
401 N Scenic Hwy
Lake Wales, FL 33853-3745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/09/2025

**Basis for the claim:**  Professional services

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Stewart Title
3341 Cardinal Avenue
Vero Beach, FL 32963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Harding Bell International, Inc.**        Case number (if known) _____
Name

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | $0.00 |

3.112 **Nonpriority creditor's name and mailing address**                                      $0.00
Stewart Title - Celebration
720 Celebration Ave
Ste. 150
Kissimmee, FL 34747

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Notice Only_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.113 **Nonpriority creditor's name and mailing address**                                      $0.00
Stewart Title Company- Clermont
1050 US Highway 27
Ste. 15
Clermont, FL 34714-7522

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Notice Only_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.114 **Nonpriority creditor's name and mailing address**                                      $0.00
Stewart Title Company- Kissimmee
1201 Emmett Street
Kissimmee, FL 34741-5545

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Notice Only_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.115 **Nonpriority creditor's name and mailing address**                                      $0.00
Stewart Title Company- St. Cloud
1401Budinger Avenue
Saint Cloud, FL 34769

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Notice Only_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.116 **Nonpriority creditor's name and mailing address**                                      $0.00
Stewart Title of Four Corners
1428 Sunrise Plaza Drive
Ste. 1
Clermont, FL 34714

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Notice Only_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.117 **Nonpriority creditor's name and mailing address**                                      $200.00
Stone Law Group, P.L.
123 US Hwy 27 N
Sebring, FL 33870-2100

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/16/2025_
**Last 4 digits of account number** ___

**Basis for the claim:** _Professional services_
Is the claim subject to offset? ☒ No  ☐ Yes

---

3.118 **Nonpriority creditor's name and mailing address**                                      Unknown
Teresa Marie Spare
4752 Somerset Hill Lane
Riverview, FL 33578-3025

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___
Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __Harding Bell International, Inc._____    Case number (if known) _____
       Name

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

The Closing City
4725 W Sand Lake Road
Ste. 106
Orlando, FL 32819

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Thomas Anthony Rundle Jr
15644 Appalachian Drive
Punta Gorda, FL 33982-2572

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Thomas Tsanadis and Barbara Edminister
7425 Ella Lane
Windermere, FL 34786-6682

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87,285.00 |
|---|---|---|---|

Timothy Clark and Catherine Clark
213 Lakewood Drive
Oakville, ON L6K 1B3, Canada

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Titlecorp of America, LLC
2431 Aloma Avenue
Ste. 124
Winter Park, FL 32792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tommy R Perkins and Bronwyn J Perkins
2350 Candon Lake Circle
Acworth, GA 30101-4300

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Tracy Susan James
38 Dryden Crescent
Stafford ST17 9YH, United Kingdom

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Unity Ventures LLC
13969 Lullaby Road
Germantown, MD 20874-6263

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Harding Bell International, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,750.00 |
|---|---|---|---|

Vanessa Bhagoutie/Kowsihan Balasubramani
10 Horizon Court
Bethany, ON L0A 1A0, Canada

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vid Close
6735 Conroy Windermere Road
Ste. 315
Orlando, FL 32835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

WFG National Title Insurance Company
14500 N Northsight Blvd
Ste. 209
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

WQ 2402 LLC
920 Loway Drive
New Franklin, OH 44216-9433

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.25 |
|---|---|---|---|

Xerox Financial Services, LLC
201 Merritt 7
Norwalk, CT 06851-1056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/16/2025

**Basis for the claim:** Professional services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yong Jiang and Ling Ling Lin
2722 Impala Lane
Kissimmee, FL 34746-7133

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,824,858.96 |

Debtor    Harding Bell International, Inc.
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 3,824,858.96

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Harding Bell International, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Commercial lease of 113 Pontotoc Plaza, Auburndale $3,600.00/month plus applicable sales tax | |
| State the term remaining   53 months | 6 Oaks, LLC<br>P.O. Box 308 |
| List the contract number of any government contract | Auburndale, FL 33823 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Independent Contractor Agreement $50,000.00/quarter | |
| State the term remaining   7 years | |
| List the contract number of any government contract | Alan Harding and Susan Harding<br>1150 N Lake Otis Drive S.E.<br>Winter Haven, FL 33880 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Leased office equipment: SHARP MX-4070N $118.00/month | |
| State the term remaining   Month to Month | |
| List the contract number of any government contract | All Direct CFL<br>11218 Lokanotosa Trail<br>Orlando, FL 32817 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Broadband/Fax Line Services | |
| State the term remaining   6 months | Frontier Communications of America, Inc.<br>Attn: Legal Department<br>111 Field Street |
| List the contract number of any government contract | Rochester, NY 14620 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  Harding Bell International, Inc.

  First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Leased office equipment: SHARP MX-4071 COPIER $115.85/month | |
|---|---|---|---|
| | State the term remaining | 31 months | |
| | List the contract number of any government contract | | GreatAmerica Financial Services P.O. Box 660831 Dallas, TX 75266 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease of 114 Paloma St., Lakeland, Florida $2,400.00/month | |
|---|---|---|---|
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | Kenneth Siegel 114 Palmola Street Lakeland, FL 33803 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Managed IT service contract | |
|---|---|---|---|
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | Lavoda Systems, LLC 400 Mariners Plaza Dr., Ste 401 Mandeville, LA 70448 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease of 29 State Road 60 W., Lake Wales, Florida $3,000.00/month plus applicable sales tax | |
|---|---|---|---|
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | Leading Edge Professional Services, PA 1121 Voncile St Lake Wales, FL 33853 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | 2022 Mercedez- Benz E350W Car Lease $1230.04/month | |
|---|---|---|---|
| | State the term remaining | 17 months | |
| | List the contract number of any government contract | | Mercedes-Benz Financial P.O. Box 5209 Carol Stream, IL 60197-5209 |

Debtor 1    Harding Bell International, Inc.                                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Leased office equipment: SHARP MX-3071 $118.75/month

State the term remaining — 46 months

List the contract number of any government contract

Peac Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

Leased office equipment: SHARP MX-4071 $117.85/month

State the term remaining — 37 months

List the contract number of any government contract

Peac Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

Leased office equipment: SendPro Mailstation

State the term remaining

List the contract number of any government contract

Pitney Bowes
27 Waterview Drive
Shelton, CT 06484

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

Lease office equipment: Postage Machine $261.36/quarterly

State the term remaining — 40 months

List the contract number of any government contract

Pitney Bowes
27 Waterview Drive
Shelton, CT 06484

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

Commercial office lease of 710 Miami Springs Drive, Ste 100/120 Longwood, Florida $2,904.60/month plus applicable sales tax

State the term remaining — 33 months, subject to 5-year renewal

List the contract number of any government contract

The Chatlos Foundation, Inc.
710 Miami Springs Dr. Ste 100
Longwood, FL 32779

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Harding Bell International, Inc.                                    Case number (if known) _____

　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease of 8687 W. Irlo Bronson Memorial Hwy, Kissimmee, Florida $9,995.37/month plus applicable sales tax | The Shoppes at Vista Del Lago, LLC 8687 West Irlo Bronson Memorial Hwy Ste 206 |
|---|---|---|---|
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | Kissimmee, FL 34747 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Commercial office lease of 1800 2nd Street Ste 797 Sarasota, Florida $1,428.78/month | Tricera 1800 2nd St Property Owner, LLC c/o Michael G. Kalil 28400 Northwestern Highway, 4th Floor Southfield, MI 48034 |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Services Agreement | WFHme LLC 467 Julliard Blvd Davenport, FL 33897 |
|---|---|---|---|
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Leased Office Equipment: VersaLink B415 Multifunction Printer, 550- Sheet Paper Tray, Printed Stand (ZDV), Wireless Network Adapter $128.00/month | Zeno Office Solutions 8701 Florida Mining Blvd Tampa, FL 33624 |
|---|---|---|---|
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Harding Bell International, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Harding Bell International, Inc._

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $4,745,668.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $7,317,168.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $7,228,826.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From 01/01/2025 to Filing Date | Interest Income, Commission | $147,601.00 |
| **For prior year:**<br>From 01/01/2024 to 12/31/2024 | Interest Income, Commission | $285,776.00 |
| **For year before that:**<br>From 01/01/2023 to 12/31/2023 | Interest Income, Commission | $125,315.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

Debtor ___Harding Bell International, Inc.___    Case number (if known) _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Cogent Bank<br>420 S Orange Ave Ste. 150<br>Orlando, FL 32801 | 04/15/2025<br>05/15/2025<br>06/15/2025 | $105,453.90 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | SouthState Bank<br>1011 1st St S<br>Winter Haven, FL 33880 | 04/10/2025<br>05/10/2025<br>06/10/2025 | $43,673.88 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Harding Bell International, Inc. | Case number *(if known)* |
|---|---|---|

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | University of Central Florida 4000 Central Florida Blvd Orlando, FL 32816 | Cash | 10/28/2024 | $1,000.00 |
| | **Recipients relationship to debtor** None | | | |

## Part 5:   Certain Losses

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11.   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wernick Law, PLLC 2255 Glades Rd Ste.324A Boca Raton, FL 33431 | | 06/30/2025 | $100,000.00 |
| | **Email or website address** https://www.wernicklaw.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    Harding Bell International, Inc.

Case number (if known) _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. GGG Partners, LLC<br>2870 Peachtree Road #502<br>Atlanta, GA 30305 | | 07/14/2025 | $15,000.00 |
| **Email or website address**<br>www.gggmgt.com | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☒ Yes. State the nature of the information collected and retained.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Harding Bell International, Inc.                    Case number (if known)

Names, Addresses, EIN or SSN for purposes of tax preparation and
submission of various applications

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐    No. Go to Part 10.
☒    Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| HBI, Inc. 401(k) Plan | EIN:  59-3672993 |

Has the plan been terminated?
☒ No
☐ Yes

<table><tr><td style="background:black;color:white">Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr></table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank, N.A.<br>605 Havendale Blvd<br>Auburndale, FL 33823 | XXXX-3014 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 07/01/2025 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<table><tr><td style="background:black;color:white">Part 11:</td><td>Property the Debtor Holds or Controls That the Debtor Does Not Own</td></tr></table>

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Harding Bell International, Inc.                                Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various Clients of Debtor | | Estimated FIRPTA Liabilities | Unknown |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Debtor    Harding Bell International, Inc.                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Harding Bell International, Inc.<br>113 Pontotoc Plaza<br>Auburndale, FL 33823 | Perpetual |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Harding Bell International, Inc.<br>113 Pontotoc Plaza<br>Auburndale, FL 33823 | Perpetual |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Harding Bell International, Inc.<br>113 Pontotoc Plaza<br>Auburndale, FL 33823 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew L. Bell, CPA | 1400 Mount Jefferson Road<br>Suite 7, PMB 129<br>West Jefferson, NC 28694 | President, Common | 70.90 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Geoffrey Hammond | 12024 Split Bark Court<br>Orlando, FL 32832 | Chief Executive Officer, Common | 10.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen H. Bell, Jr. | 10425 Kingbrook Lane<br>Orlando, FL 32821 | Vice President, Common | 9.10 |

Debtor   Harding Bell International, Inc.     Case number (if known)

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Stuart Snedden | 314 Avenue N, NE Winter Haven, FL 33881 | Corporate Tax, Common | 6.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Lee Ann Martin | 11160 Tuggle Road Laurel, IN 47024 | Senior Tax Accountant, Common | 3.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Karen Blandford | 720 Sunset Cove Drive Winter Haven, FL 33880 | Operations Manager, Common | 1.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nena N. Mills | 2725 Kokomo Loop Haines City, FL 33844 | FIRPTA Manager | 01/01/2017-05/01/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Matthew L. Bell, CPA 1400 Mount Jefferson Road Ste. 7, PMB 129 West Jefferson, NC 28694 | Salary and Distributions minus Capital Contributions ($323,299.86) | 07/01/2024-06/30/2025 | President of Harding Bell International, Inc. |
| | **Relationship to debtor** President | | | |
| 30.2. | Stephen H. Bell, Jr. 10425 Kingbrook Lane Orlando, FL 32821 | Salary and Distributions ($244,428.29) | 07/01/2024-06/30/2025 | Vice President of Harding Bell International, Inc. |
| | **Relationship to debtor** Vice President | | | |
| 30.3. | Geoffrey Hammond 12024 Split Bark Court Orlando, FL 32832 | Salary and Distributions ($346,814.32) | 07/01/2024-06/30/2025 | Chief Executive Officer of Harding Bell International, Inc. |
| | **Relationship to debtor** Chief Executive Officer | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Harding Bell International, Inc.    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | Stuart Snedden<br>314 Avenue B, NE<br>Winter Haven, FL 33881 | Salary and Distributions($206,245.10) | 07/01/2024-06/30/2025 | Tax Director Harding Bell International, Inc. |
| | **Relationship to debtor**<br>Tax Director | | | |
| 30.5. | Lee Ann Martin<br>11160 Tuggle Road<br>Laurel, IN 47024 | Salary and Distributions ($170,929.77) | 07/01/2024-06/30/2025 | Senior Tax Accountant of Harding Bell International, Inc. |
| | **Relationship to debtor**<br>Senior Tax Accountant | | | |
| 30.6. | Karen Blandford<br>720 Sunset Cove Drive<br>Winter Haven, FL 33880 | Salary and Distributions($106,513.17) | 07/01/2024-06/30/2025 | Operations Manager of Harding Bell International, Inc. |
| | **Relationship to debtor**<br>Operations Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 17, 2025___

/s/ Matthew L Bell                              Matthew L Bell
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    Harding Bell International, Inc.                                              Case No.

                                                    Debtor(s)                         Chapter        11

# VERIFICATION OF CREDITOR MATRIX

I, the President  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     July 17, 2025                          /s/  Matthew L Bell
                                                  Matthew L Bell /President
                                                 Signer/Title

3433 Soho St, LLC
115 Avalon Gardens Drive
Nanuet, NY 10954-7415


6 Oaks, LLC
P.O. Box 308
Auburndale, FL 33823


A1 Shredding and Recycling Inc.
1775 W Oak Parkway
Ste. 500
Marietta, GA 30062-2267


Al Hamd Brothers Inc
2022 N Main Street
Kissimmee, FL 34744-3311


Alan Harding and Susan Harding
1150 N Lake Otis Drive S.E.
Winter Haven, FL 33880


All Direct CFL
11218 Lokanotosa Trail
Orlando, FL 32817


Alpha Reliable Title, Inc.
5401 S Kirkman
Orlando, FL 32819


Andrew Wade and Debra Wade
266 Doctor Miller Road
North East, MD 21901-1614


Anthony Aichele and Wenjing Gao
14217 Sunridge Blvd
Winter Garden, FL 34787-0031


ArchiTechs for the Web, Inc.
11 Foxhunter Flat
Ormond Beach, FL 32174-2435


ASG Title
3182 West Linebaugh Avenue
Tampa, FL 33618


Ashrakat LLC
10th of Ramadan City
Eastern Province, Egypt


Ashu Arora and Anushree Sharma
3149 Larry Cres
Oakville, Ontario, L6M 0T1, Canada


Axel Alberto Santiago Torres
129 Magnolia Lane

Aylleen Yanira Rosario Diaz
129 Magnolia Lane
Hickory Creek, TX 75065-7674


Bee Bryan
P.O. Box 168
Babson Park, FL 33827-0168


Belt-Dazzell Inc
775 E 650 South
Santaquin, UT 84655-5570


Bessie Vassiliki Arsenis
15-31 159st
Whitestone, NY 11357-3238


Beti M Martorano
250 Columbus Drive
Mantua, NJ 08051-1206


Brett Fortier and Christina Fortier
1403 Summit Oaks Drive
Burnsville, MN 55337-9929


Brian McDonald and Angela McDonald
6 Marchfield Park Lane
Edinburgh EH4 5BF, United Kingdom


Bridgefield Casualty Insurance Co.
P.O. Box 988
Lakeland, FL 33802-0988


Christopher Watson
9 Gunport Blvd, Blk 2
Fortune Cay
Grand Bahama, Bahamas


City Homes LLC
7835 Osceola Polk Line Road
Davenport, FL 33896-9100


Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530


Cogent Bank
300 International Parkway
Ste. 330
Lake Mary, FL 32746-5035


Concierge Title
1201 West Highway 50
Ste. B
Clermont, FL 34711

```
Core Title
4031 State Road 46
Sanford, FL 32771


Courtland Fisher
9949 Great Skua Way
Elk Grove, CA 95757-6377


David Smith and Luella E Smith
358 Lancaster Drive
Davenport, FL 33897-7727


DD Real Estate LLC
1614 E Circle Mountain Road
New River, AZ 85087-9700


Diem My Nguyen
6412 W Paris Street
Tampa, FL 33634-5009


Digcomm Holdings Trust
11520 100th Ave NE
Ste. 213
Edmonton, ABT5K 0J7,Canada


Ecaterina Tofan and Lurii Tofan
59 Herbert Street
Framingham, MA 01702-1922


Edgar Kadima and Ilse Kadima
Aruma 60
Santa Cruz de la Sierra, Bolivia


Edward Mayne and Charmaine Mayne
18A Esplanade
Lowestoft, NR33 0QG, United Kingdom


EGR Management LLC
200 Countyline Ct, Ste. 2
Winter Garden, FL 34787-9121


Emco Trust
942 Douglas Street
Brandon, MB R7A 7B2, Canada


Equitable Title Dr. Phillips
6900 Turkey Lake Road
Ste. 1-10
Orlando, FL 32819


Equitable Title of Celebration
610 Sycamore Street
Ste. 190
Kissimmee, FL 34747
```

Eugene Murphy and Noel Nolan
200 Brookdale Ave
Hilltown, Swords,
Co. Dublin, K67 D6P8, Ireland


Farbman Group
31700 Middlebelt Road
Ste. 225
Farmington, MI 48334-2383


Fedex Corporation
Attn: Legal Department-Compliance
1000 Ridgeway Loop Road Ste. 500
Memphis, TN 38120-4081


Felicia Johnson
843 Marquis Court
Kissimmee, FL 34759-3827


First American Title
2201 SE 30th Avenue
Ste. 402
Ocala, FL 34471


First American Title Company
12301 Lake Underhill Road
Ste. 221
Orlando, FL 32828


First American Title- Kissimmee
150 West Oak Street
Kissimmee, FL 34741


First American Title- Lake Mary
1540 International Parkway
Ste. 1020
Lake Mary, FL 32746


First Choice Technology, Inc.
1064 Taramundi Drive
Oviedo, FL 32765-7209


First International Title
631 South Orlando Avenue
Ste. 200
Winter Park, FL 32789


Florida Department of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
Lakeland Service Center
115 S Missouri Ave Ste 202
Lakeland, FL 33815

Frontier Communications of America, Inc.
Attn: Legal Department
111 Field Street
Rochester, NY 14620


Gator Couple LLC and Sayan Banerjee
65 Knob Hill Road
Morganville, NJ 07751-9512


Geraldine Asher Estate
Torc Hillcrest Road
Sandford, Dublin 18, Ireland


German Edison Troya Cardenas
3 Kivy Street
Huntington Station, NY 11746-2042


Graeme Ian Hannah
B1-78 Meydan South Villas
Nad Al Sheba,
Dubai, United Arab Emirate


GreatAmerica Financial Services
P.O. Box 660831
Dallas, TX 75266


Gurvinder S Dhillon
1385 Seasons Blvd
Kissimmee, FL 34746-6104


Gustavo Gerardo Valerin Ramirez
27628 221st Avenue SE
Maple Valley, WA 98038-3208


Haoloan Deng
Rm 2101 Binhe Xili,
Community 35 Daxing District,
Beijing, China


Harry Kipnes
c/o Chad P. Miesen, Esq.
1400 East Southern Avenue, Suite 400
Tempe, AZ 85282


Helge Jakobsen and Anne Jakobsen
Sandesletta 25B
4050 Sola, Norway


Hemangini Pruthvish Yajnik
2206 Treetop Lane
Hebron, KY 41048-9400


Hennen Law
425 W Colonial Drive
Ste. 204
Orlando, FL 32804

Henrique Farias Cesca
Av. Atlantica, 450-202- Centro
Balneario Camboriu-SC, 88330-003, Brazil


Holland W Ricker II
37 Idlewell Street
Weymouth, MA 02188-3713


InCorp Services, Inc.
9107 W Russell Road
Ste. 100
Las Vegas, NV 89148-1233


Insta Close Title
5735 Lake Mabel Loop Road
Lake Wales, FL 33898


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Israel Rodriguez Rivera
3180 Retreat Drive
Kissimmee, FL 34741-7891


J H Wade & Co. PLLC,
710 Miami Springs Dr.
Ste. 100
Longwood, FL 32779


J H Wade & Co., PLLC
710 Miami Springs Dr.
Ste. 100
Longwood, FL 32779


Jacqueline Vargas Chaves
27628 221st Avenue SE
Maple Valley, WA 98038-3208


James Bennett and Christine Bennett
13 Grasmere Dr
Ashton-in-Makerfield,
Wigan WN4 8BP, United Kingdom


James K Weeks and Annmarie Weeks
28 Jersey Avenue
Braintree, MA 02184-4828


Jani-King of Orlando
1801 Sandy Creek Lane
Ste. 200
Orlando, FL 32826-5540


Jason Lockwood
48 Denham Lodge, Oxford Road,
Uxbridge, Buckinghamshire,
England, UB9 4AB

Jignesh Sureshbhai Sonchhatra
41 Lexington Dr
East Walpole, MA 02032-1051


Joe G. Tedder, CFC
Tax Collector for Polk County
PO BOX 1779
Bartow, FL 33831


John Hanna
252 Wellman Ave
North Chelmsford, MA 01863-1362


John Nguyen and Thuha Thy Duong
641 Dale Street North
Saint Paul, MN 55103-1642


Jonathan Pratt and Elizabeth Pratt
334 Chadwick Drive
Davenport, FL 33837-4525


Juan Rodriguez Zayas
106 Nazha Drive
Davenport, FL 33897-7445


Karen Hughes
833 Assembly Court
Reunion , FL 34747-6760


Kari Enger and Marthine Schroeder-Enger
Manesjen 7
2050 Jessheim, Norway


Karina Fontana
8710 Saratoga Inlet Drive
Orlando, FL 32829-8010


KDM Paradise Holdings, LLC
2 Coventry Circle
Princeton, NJ 08540-6412


Kenneth Siegel
114 Palmola Street
Lakeland, FL 33803


Keri Mandell
2 Coventry Circle
Princeton, NJ 08540-6412


Ketal Sureshbhai Sonchhatra
41 Lexington Drive
East Walpole, MA 02032-1051


Kevin Fitzgerald
15-31 159th St
Whitestone, NY 11357-3338

Kirk Justin Perez
6412 W Paris Street
Tampa, FL 33634-5009


Lavoda Systems, LLC
400 Mariners Plaza Dr., Ste 401
Mandeville, LA 70448


Leading Edge Professional Services, PA
1121 Voncile St
Lake Wales, FL 33853


Leonardo Farias Cesca
Av. Atlantica, 450-202- Centro
Balneario Camboriu, 88330-003, Brazil


Loudouise Petit Frere
6719 Lorain Street
Orlando, FL 32810-6511


Madelin Zaldavir and Orlando Infante
10213 Vista Cove Lane
Orlando, FL 32825-5540


Magnolia Closing
9161 Narcoossee Road
Ste. 206
Orlando, FL 32827


Magnolia Title
603 South Main Street
Ste. 110
Winter Garden, FL 34787


Mamibe LTD
R. do Parque, 174 - Parque Nova Campinas
Campinas-SP, 13100-057, Brazil


Mark Avard and Maria Avard
28722 58th Avenue
Paw Paw, MI 49079-8644


Martin White and Rhona McNab
40 Sherborne Ave
Luton LU2 7BD, England


Matthew L. Bell
1400 Mount Jefferson Road
Ste. 7, PMB 129
West Jefferson , NC 28694


Mercedes-Benz Financial
P.O. Box 5209
Carol Stream, IL 60197-5209

```
Michael Arthur Edward James
38 Dryden Crescent
Stafford ST 17 9YH, United Kingdom


Michael Gelinas and Susan Gelinas
66 Cambridge Road
Bedford, NH 03110-4308


Michael Kirsh
2915 Heritage Peaks Trl
Whistler, British Columbia V0N 1B2, Cana


Michelson Exant
6719 Lorain Street
Orlando, FL 32801-6511


Mirzokhid Mirshadiev
246 Bay Ridge Parkway
Apt. 3D
Brooklyn, NY 11209-2418


Nathan Garcovil
806 Dengar Avenue
Haines City, FL 33844-6390


Near North Title Group
500 S Florida Avenue
Ste. 540
Lakeland, FL 33801


Nicholas Pope and Caroline Pope
61 W Chiltern
Woodcote,
Reading RG 8 0SG, England


Oliver Title Law
10967 Lake Underhill Road
Ste. 108
Orlando, FL 32825-4434


Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324-4135


Paradise Lawn Care
P.O. Box 692
Everglades City, FL 34139-0692


Peac Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


Pitney Bowes
27 Waterview Drive
Shelton, CT 06484
```

Pitney Bowes- Purchase Power
3001 Summer Street
Windsor, CT 06095-4317


Pruthvish Kantilal Yajnik
2206 Treetop Lane
Hebron, KY 41048-9400


Red Door Title
650 N Alafaya Trail
Ste. 111
Orlando, FL 32828


Richard Scott and Joanna Crowley
7904 Draw Street
Reunion , FL 34747-6480


Ridge Energy Savers, Inc.
135 S Acuff Road
Lake Wales, FL 33859-8412


Rosedew LLC
7862 W Irlo Bronson Memorial Hwy Ste. 12
Kissimmee, FL 34747-1738


Sarah T Johnson
13802 Chestnut Oak Lane
Brandywine, MD 20613-6015


Sarah T Johnson and Morland Marulanda
16810 SW 292nd Terrace
Homestead, FL 33030-2571


Saunders & Ankner, Attorneys at Law
7232 W Sand Lake Road
Ste. 202
Orlando, FL 32819


SBA Office of General Counsel
409 3rd St. SW
Washington, DC 20416-0005


SBA Office of Inspector General
409 3rd Street SW Ste 7150
Washington, DC 20416-0005


Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


Small Business Administration
233 Peachtree Street NE Suite 1800
Atlanta, GA 30303-1508

```
Small Business Administration
North Florida District
7825 Baymeadows Way Ste. 100-B
Jacksonville, FL 32256-7549


Small Business Administration
U.S. Department of Treasury Bureau of th
P.O. Box 830794
Birmingham, AL 35283-0794


SouthState Bank, N.A.
P.O. Box 790408
Saint Louis, MO 63179-0408


SouthState Bank, N.A.
P.O. Box 118068
Charleston, SC 29423-8068


State Fire Extinguisher Service, Inc.
401 N Scenic Hwy
Lake Wales, FL 33853-3745


Stephen H. Bell, Jr.
12024 Split Bark Court
Orlando, FL 32832


Stewart Title
3341 Cardinal Avenue
Vero Beach, FL 32963


Stewart Title - Celebration
720 Celebration Ave
Ste. 150
Kissimmee, FL 34747


Stewart Title Company- Clermont
1050 US Highway 27
Ste. 15
Clermont, FL 34714-7522


Stewart Title Company- Kissimmee
1201 Emmett Street
Kissimmee, FL 34741-5545


Stewart Title Company- St. Cloud
1401Budinger Avenue
Saint Cloud, FL 34769


Stewart Title of Four Corners
1428 Sunrise Plaza Drive
Ste. 1
Clermont, FL 34714


Stone Law Group, P.L.
123 US Hwy 27 N
Sebring, FL 33870-2100
```

Teresa Marie Spare
4752 Somerset Hill Lane
Riverview, FL 33578-3025


The Chatlos Foundation, Inc.
710 Miami Springs Dr. Ste 100
Longwood, FL 32779


The Closing City
4725 W Sand Lake Road
Ste. 106
Orlando, FL 32819


The Shoppes at Vista Del Lago, LLC
8687 West Irlo Bronson Memorial Hwy
Ste 206
Kissimmee, FL 34747


Thomas Anthony Rundle Jr
15644 Appalachian Drive
Punta Gorda, FL 33982-2572


Thomas Tsanadis and Barbara Edminister
7425 Ella Lane
Windermere, FL 34786-6682


Timothy Clark and Catherine Clark
213 Lakewood Drive
Oakville, ON L6K 1B3, Canada


Titlecorp of America, LLC
2431 Aloma Avenue
Ste. 124
Winter Park, FL 32792


Tommy R Perkins and Bronwyn J Perkins
2350 Candon Lake Circle
Acworth, GA 30101-4300


Tracy Susan James
38 Dryden Crescent
Stafford ST17 9YH, United Kingdom


Tricera 1800 2nd St Property Owner, LLC
c/o Michael G. Kalil
28400 Northwestern Highway, 4th Floor
Southfield, MI 48034


Unity Ventures LLC
13969 Lullaby Road
Germantown, MD 20874-6263


Vanessa Bhagoutie/Kowsihan Balasubramani
10 Horizon Court
Bethany, ON L0A 1A0, Canada

Vid Close
6735 Conroy Windermere Road
Ste. 315
Orlando, FL 32835


WFG National Title Insurance Company
14500 N Northsight Blvd
Ste. 209
Scottsdale, AZ 85260


WFHme LLC
467 Julliard Blvd
Davenport, FL 33897


WQ 2402 LLC
920 Loway Drive
New Franklin, OH 44216-9433


Xerox Financial Services, LLC
201 Merritt 7
Norwalk, CT 06851-1056


Yong Jiang and Ling Ling Lin
2722 Impala Lane
Kissimmee, FL 34746-7133


Zeno Office Solutions
8701 Florida Mining Blvd
Tampa, FL 33624

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   Harding Bell International, Inc.                                    Case No.
                                                    Debtor(s)               Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .................................................................   $ _____

Prior to the filing of this statement I have received ......................................................   $ _____

Balance Due ....................................................................................................................   $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of...........................   $           100,000.00

The undersigned shall bill against the retainer at an hourly rate of................................   $                765.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this
bankruptcy proceeding.

July 17, 2025
*Date*

/s/ Aaron Wernick
Aaron Wernick 14059
*Signature of Attorney*
Wernick Law PLLC
2255 Glades Rd.
Ste 324A
Boca Raton, FL 33431
(561) 961-0922x1   Fax:
aw@wernicklaw.com
*Name of law firm*

---